Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
*hollyburgess@lohsb.com*

*Attorney for Plaintiff*
BRADLEY L. HALL

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY L. HALL,<br><br>              Plaintiff,<br>     vs.<br><br>MORTGAGE INVESTORS GROUP;<br>OLD REPUBLIC TITLE COMPANY;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br>RECONTRUST COMPANY, N.A.<br>QUALITY LOAN SERVICE CORP.;<br>BAC HOME LOAN SERVICING, LP ;<br>LSI TITLE COMPANY;<br>DOES 1-100, inclusive,<br><br>              Defendants. | **Case No. 2:11-CV-00952-JAM-GGH**<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiff BRADLEY L. HALL pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

///

- 1-

1    **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2 in its entirety without prejudice.
3 Dated:   October 13, 2011.

      /s/ John A. Mendez
      John A. Mendez
      JUDGE, U.S. DISTRICT COURT