Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:  (530) 820-1526
*hollyburgess@lohsb.com*

*Attorney for Plaintiff*
BRADLEY L. HALL

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY L. HALL, | **Case No. 2:11-CV-00952-JAM-GGH** |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| MORTGAGE INVESTORS GROUP; OLD REPUBLIC TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A. QUALITY LOAN SERVICE CORP.; BAC HOME LOAN SERVICING, LP ; LSI TITLE COMPANY; DOES 1-100, inclusive, | |
| Defendants. | |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiff BRADLEY L. HALL pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

///

- 1 -

1   **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2   in its entirety without prejudice.
3   Dated:   October 13, 2011.

                                              /s/ John A. Mendez
                                              John A. Mendez
                                              JUDGE, U.S. DISTRICT COURT